# SEYFARTH SHAW

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5291

Writer's e-mail
jegan@seyfarth.com

May 25, 2018

**VIA ECF**

Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    ***Best v. The Macerich Company et al.*, Civil Action No.: 1:16-cv-03757-FN-JO**

Dear Judge Block:

    This Firm represents Defendants in the above-referenced matter.  Pursuant to the Court's Order dated May 16, 2018, we write jointly with counsel for Plaintiff to submit the parties' Consent Decree (attached at Exhibit "A") for the Court's review and approval.

    The parties thank the Court for its time and consideration of this request, and for its patience to date.

    Respectfully submitted,

    SEYFARTH SHAW LLP

    */s/ John W. Egan*
    John W. Egan

cc:    All counsel of record (via ECF)

WASHINGTON, D.C.  SYDNEY  SHANGHAI  SAN FRANCISCO  SACRAMENTO  NEW YORK  MELBOURNE  LOS ANGELES  LONDON  HOUSTON  CHICAGO  BOSTON  ATLANTA